# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DAVIS<br><br>       Plaintiff,<br><br>v.<br><br>CMRE FINANCIAL SERVICES, INC.<br><br>       Defendant. | Case No. 8:19-cv-01619-JLS-KES<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Having considered Plaintiff TRACY DAVIS and Defendant CMRE FINANCIAL SERVICES, INC.'s Stipulation for Dismissal, the above-entitled action is hereby dismissed with prejudice. Each party shall bear their own costs and expenses.

IT IS SO ORDERED.

Dated: 12/18/19

JOSEPHINE L. STATON
Hon. Josephine L. Staton
United States District Judge

{00127552;1}